David C. Beavans, Esq. (SBN #259424)
The Law Offices of David C. Beavans
4542 Ruffner Street
Suite 150
San Diego, California 92111
(619) 234-7848
(619) 234-7849 fax

Christopher J. Reichman, Esq. (SBN #250485)
Prato & Reichman, APC
3737 Camino Del Rio S
Suite 303
San Diego, California 92108
(619) 683-7971
(619) 241-8309 fax

Co-Attorneys for Defendant,
Jesse Rodriguez

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jesus V. Rodriguez**,<br><br>              Plaintiff;<br><br>       v.<br><br>**Cavalry Portfolio Services, LLC,**<br><br>              Defendant. | Case No:  '13CV1890 H    WMC<br><br>**EXHIBITS TO COMPLAINT** |

<u>Exhibit List</u>

Exhibit 1 – Plaintiff's letter to Defendant dated November 22, 2010

Exhibit 2 – Plaintiff's letter to Defendant dated April 25, 2013

Dated: ___August 13, 2013_____        The Law Offices of David C. Beavans, APC

<u>/s/ David C. Beavans</u>
Co-Attorney for Plaintiff,
Jesus V. Rodriguez

# Plaintiff's Exhibit 1

Jesus Victor Rodriguez
c/o 10531 4s Commons Drive Ste 426
San Diego, California [92127]

11/22/2010

**Cavalry Portfolio Services, LLC**
PO Box 1017
Hawthorne, NY [10532]

Dear Ms. Miller:

      I recently received a letter from your company on 11/15/2010 alleging I owe you some money. I've never heard of Cavalry Portfolio Services, LLC before.

      I have never bought any merchandise whatsoever from your firm nor to the best of my knowledge and belief have they ever performed any service for me of any kind whatsoever. I would like to resolve this matter at the earliest possible time, however due to the possibility of error or fraud in this matter, I must insist that you prove that I owe you this purported debt and why.

      In order to prove the debt, I must have a signed and sworn statement before notary public under penalty of perjury by a person having firsthand knowledge of the indebtedness and stating that the reported indebtedness was a legal indebtedness under all applicable state and federal laws, was not subsequently disputed as a result of returned, faulty, or recalled consumer products, and furthermore swearing that this purported debt is not now nor ever has been part of any tax write off scheme nor insurance claim. Please be advised that I am requesting validation and competent evidence that I had some contractual obligation sans consumer protection encumbrance whereby I incurred the original claims associated with this purported debt.

      Please be advised that under the Fair Debt Collection Practices Act, I am authorized to demand that you not contact me by telephone nor at my place of employment by any means whatsoever. If you wish to communicate with me, you may do so only by U.S. mail and only at my place of residence. Your failure to provide such information as I request in a timely manner may constitute prima facie evidence of intent to defraud, intimidate or coerce me and to deprive me of my civil rights.

      Please be advised that any contact made by your firm with any 3rd party firm or entity regarding this issue absent compliance with each and every part of this demand for validation may constitute violation of the FDCPA and the FCRA and may constitute grounds for civil or criminal action or complaints being filed against you. I do hope that you can understand and that we can settle this matter in an amicable fashion at the earliest possible moment.

Sincerely,

Jesus Victor Rodriguez

Plaintiff's
Exhibit 2

10531 4S Commons Drive Ste 426
San Diego, California
April 25, 2011

Certified Mail # 7010 2780 0000 9342 2320

Cavalry Portfolio Services, LLC
P.O. Box 1017
Hawthorne, NY [10532]

Cavalry Portfolio Services, LLC Representative,

Thank you for your recent, unsigned, inquiry dated March 29, 2011. This is not a refusal to pay, but a notice that your claim is disputed.

This is a request for validation made pursuant to the Fair Debt Collection Practices Act. Please complete and return the attached disclosure request form.

Please be advised that I am not requesting a "verification" that you have my mailing address, I am requesting a "validation:" that is, competent evidence that I have some contractual obligation to pay you.

You should also be aware that sending unsubstantiated demands for payment through the United States Mail System might constitute mail fraud under federal and state law.

Your failure to satisfy this request within the requirements of the Fair Debt Collection Practices Act will be construed as your absolute waiver of any and all claims against me, and your tacit agreement to compensate me for costs and attorneys fees.

Sincerely,

Jesus Victor Rodriguez

---

**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

HAWTHORNE NY 10532

| | |
|---|---|
| Postage | $0.44 |
| Certified Fee | $2.85 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $3.29 |

Postmark Here  04/27/2011

Sent To: Cavalry Portfolio Services, LLC
Street, Apt. No.; or PO Box No.: PO Box 1017
City, State, ZIP+4: Hawthorne, NY 10532

PS Form 3800, August 2006    See Reverse for Instructions